IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NAPOLEON GRAY, | * |
| Petitioner, | * |
| v. | Case No. 5:22-cv-00217-MTT-CHW |
| | * |
| STATE OF GEORGIA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 30, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 30th day of August, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk